IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY WAYNE BECKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:24-cv-33 |
| DIRECTOR, TDCJ-CID | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Ricky Wayne Beckett, an inmate confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for disposition.

Discussion

Petitioner states he is proceeding pursuant to 28 U.S.C. § 2241. Section 2241 is used by prisoners seeking relief from confinement because they are in custody in violation of the Constitution or laws or treaties of the United States. However, Petitioner does not attack the fact or duration of his confinement. Instead, he asserts that the conditions of his confinement violate the Constitution.

A Petition for Writ of Habeas Corpus may only be used to challenge the fact or duration of an inmate's confinement. *Preiser v. Rodriguez*, 411 U.S. 475, 483 (1973); *Carson v. Johnson*, 112 F.3d 818, 820-21 (5th Cir. 1997). Even if Petitioner's claims were found to be meritorious, his success would not entitle him to be released from prison sooner than would otherwise be the case.

As a result, his claims may not be presented via a Petition for Writ of Habeas Corpus.[1] His Petition should therefore be dismissed without prejudice.

### Recommendation

This Petition for Writ of Habeas Corpus should be dismissed without prejudice.

### Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 4th day of March, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

[1] If Petitioner wishes to have his Petition converted into a civil rights lawsuit, he should so inform the court.